CALVIN E. DAVIS(SBN:101640)
cdavis@grsm.com
A. LOUIS DORNY(SBN:212054)
ldorny@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071
Telephone:(213) 576-5024
Facsimile:(213) 680-4470

Attorneys for Defendant
G4S SECURE SOLUTIONS (USA), INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORICEL LIBORIO RAMOS,<br>MARIA DE JESÚS MEDINA RAMIREZ,<br>MARIA VALDOVINOS DIAZ,<br>YOLANDA VALLEJO MEDRANO,<br><br>Plaintiffs,<br><br>v.<br><br>G4S SECURE SOLUTIONS (USA), INC.,<br><br>Defendant. | Case No.3:19-cv-2757<br><br>**ANSWER AND JURY DEMAND OF DEFENDANT G4S SOLUTIONS (USA), INC. IN RESPONSE TO PLAINTIFFS' COMPLAINT** |

Defendant G4S SECURE SOLUTIONS (USA) INC., ("G4S"), by and through its attorneys, responds to the Complaint filed by Plaintiffs FLORICEL LIBORIO RAMOS, MARIA DE JESÚS MEDINA RAMIREZ, MARIA VALDOVINOS DIAZ and YOLANDA VALLEJO MEDRANO ("Plaintiffs") as follows:

## RESPONSE TO INTRODUCTION

1. The allegation contained in Paragraph 1 consists of Plaintiffs' characterization of this action to which no response is required. To the extent that a response is required, G4S admits a contract with the U.S. Departnt of Homeland Security, Immigration and Customs Enforcement ("ICE") to drive individuals in ICE custody from one detention facility to another. As to whether G4S abused or mistreated Plaintiffs, or participated or acquiesced in any mistreatment or abuse of

-1-

these Plaintiffs by others, G4S explicitly denies such allegations.

2. G4S admits transporting detainees Floricel Liborio Ramos, Maria Valdovinos Diaz, Maria de Jesús Medina Ramirez, and Yolanda Vallejo Medrano ("Plaintiffs"). As to the claims against G4S in Paragraph 2, G4S denies such allegations. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

3. G4S denies the allegations directed against it in Paragraph 3. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

4. G4S denies the allegations directed against it in Paragraph 4. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

## RESPONSE TO PARTIES

5. On information and belief, G4S admits the allegations contained in Paragraph 5 that Plaintiff Floricel Liborio Ramos is a Mexican citizen. As to the balance of the allegations contained in Paragraph 5, G4S does not have knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

6. On information and belief, G4S admits the allegations contained in Paragraph 6 that Plaintiff Maria de Jesús Medina Ramirez is a Mexican citizen. As to the balance of the allegations contained in Paragraph 6, G4S does not have knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

7. On information and belief, G4S admits the allegations contained in Paragraph 7 to that Plaintiff Maria Valdovinos Diaz is a Mexican citizen. As to the balance of the allegations contained in Paragraph 7, G4S does not have knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

8. On information and belief, G4S admits the allegations contained in Paragraph 8 that Plaintiff Yolanda Vallejo Medrano is a Mexican citizen. As to the balance of the allegations

contained in Paragraph 8, G4S does not have knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

9. G4S admits it is a Delaware company headquartered in Jupiter, Florida and provided transportation services to ICE in the state of California, including within ICE's San Francisco Area of Responsibility ("AOR"). G4S denies the balance of the allegations contained in Paragraph 9.

## RESPONSE TO SUBJECT-MATTER JURISDICTION

10. G4S denies that this Court has subject-matter jurisdiction over Plaintiffs' claims.

11. Paragraph 11 states a legal conclusion to which no response is required. To the extent a response is required G4S denies that this Court has subject-matter jurisdiction over Plaintiffs' claims.

12. Paragraph 12 states a legal conclusion to which no response is required. To the extent a response is required, G4S denies that this Plaintiff's claims meet or exceed $75,000 in compensatory damages, or any at all. G4S also denies that this Plaintiff's claims meet or exceed $75,000 in punitive damages, or any at all.

## RESPONSE TO PERSONAL JURISDICTION

13. Paragraph 13 states a legal conclusion to which no response is required. To the extent a response is required, G4S admits G4S employees and agents drove individuals in ICE custody throughout Northern California and physically worked at ICE offices in San Francisco and San Jose. G4S denies the balance of the allegations.

## RESPONSE TO VENUE AND INTRADISTRICT ASSIGNMENT

14. If this Court has subject-matter jurisdiction, G4S admits that venue lies in this Court pursuant to 28 U.S.C. § 1391(b)(2). G4S denies the remaining allegations in Paragraph 14.

15. Paragraph 15 states a legal conclusion as to jurisdiction to which no response is required. To the extent a response is required, G4S admits an office location in San Francisco.

## RESPONSE TO FACTUAL ALLEGATIONS

16. G4S admits that on July 17, 2017, Plaintiffs were in the custody of ICE and housed at the West County Detention Facility ("WCDF") in Richmond, California. G4S denies the balance

ANSWER AND JURY DEMAND OF DEFENDANT G4S SOLUTIONS (USA) INC.
IN RESPONSE TO PLAINTIFFS' COMPLAINT

of the allegations directed against it in Paragraph 16. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

17. G4S denies the allegations directed against it in Paragraph 17. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

## RESPONSE TO TRANSPORT FROM WCDF TO SAN FRANCISCO

18. G4S does not have knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18 and therefore denies the allegations.

19. G4S does not have knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19 and therefore denies the allegations.

20. G4S denies the allegations directed against it in Paragraph 20. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

21. G4S denies the allegations directed against it in Paragraph 21. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

22. G4S denies the allegations directed against it in Paragraph 22. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

23. G4S denies the allegations directed against it in Paragraph 23. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

24. G4S denies the allegations directed against it in Paragraph 24. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

25. G4S denies the allegations directed against it in Paragraph 25. G4S lacks knowledge

or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

26. G4S denies the allegations directed against it in Paragraph 26. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

27. G4S denies the allegations directed against it in Paragraph 27. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

28. G4S denies the allegations directed against it in Paragraph 28. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

29. G4S denies the allegations directed against it in Paragraph 29. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

30. G4S denies the allegations directed against it in Paragraph 30. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

31. G4S denies the allegations directed against it in Paragraph 31. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

## RESPONSE TO BUS TRANSPORT FROM SAN FRANCISCO TO GILROY

32. G4S denies the allegations directed against it in Paragraph 32. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

33. G4S denies the allegations directed against it in Paragraph 33. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

ANSWER AND JURY DEMAND OF DEFENDANT G4S SOLUTIONS (USA) INC.
IN RESPONSE TO PLAINTIFFS' COMPLAINT

34. G4S denies the allegations directed against it in Paragraph 34. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

35. G4S is without sufficient information to admit or deny the allegations in Paragraph 35, and on that basis, G4S denies the allegations.

## RESPONSE TO VAN TRANSPORT FROM GILROY TO FRESNO

36. G4S denies the allegations in Paragraph 36 of Plaintiffs' Complaint.

37. G4S denies the allegations directed against it in Paragraph 37. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

38. G4S denies the allegations directed against it in Paragraph 38. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

39. G4S denies the allegations directed against it in Paragraph 39. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

40. G4S denies the allegations directed against it in Paragraph 40. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

41. G4S denies the allegations directed against it in Paragraph 41. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

42. G4S denies the allegations directed against it in Paragraph 42. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

43. G4S denies the allegations directed against it in Paragraph 43. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by

G4S and therefore denies them.

44. G4S denies the allegations directed against it in Paragraph 44. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

45. G4S denies the allegations directed against it in Paragraph 45. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

46. G4S denies the allegations directed against it in Paragraph 46. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

47. G4S denies the allegations directed against it in Paragraph 47. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

48. G4S denies the allegations directed against it in Paragraph 48. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

49. G4S denies the allegations directed against it in Paragraph 49. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

50. G4S denies the allegations directed against it in Paragraph 50. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

51. G4S denies the allegations directed against it in Paragraph 51. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

52. G4S does not have knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52 and therefore denies the allegations.

ANSWER AND JURY DEMAND OF DEFENDANT G4S SOLUTIONS (USA) INC.
IN RESPONSE TO PLAINTIFFS' COMPLAINT

53. G4S does not have knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53 and therefore denies the allegations.

54. G4S denies the allegations directed against it in Paragraph 54. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

55. G4S denies the allegations directed against it in Paragraph 55. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

56. G4S denies the allegations directed against it in Paragraph 56. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

57. G4S does not have knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57 and therefore denies the allegations.

58. G4S denies the allegations directed against it in Paragraph 58. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

59. G4S denies the allegations directed against it in Paragraph 59. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

60. G4S denies the allegations directed against it in Paragraph 60. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

## RESPONSE TO VAN TRANSPORT FROM FRESNO TO MESA VERDE DETENTION FACILITY

61. G4S admits G4S employees and agents drove the following individuals in ICE custody from Fresno to Bakersfield: Plaintiffs Floricel Liborio Ramos, Maria De Jesús Medina Ramirez, Maria Valdovinos Diaz, and Yolanda Vallejo Medrano. G4S denies the balance of the

allegations in Paragraph 61.

62. G4S denies the allegations directed against it in Paragraph 62. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

63. G4S denies the allegations directed against it in Paragraph 63. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

64. G4S denies the allegations directed against it in Paragraph 64. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

65. G4S denies the allegations directed against it in Paragraph 65. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

66. G4S denies the allegations directed against it in Paragraph 66. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

67. G4S denies the allegations directed against it in Paragraph 67. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

68. G4S denies the allegations directed against it in Paragraph 68. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

## RESPONSE TO INJURIES SUFFERED

69. G4S denies the allegations directed against it in Paragraph 69. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

70. G4S denies the allegations directed against it in Paragraph 70. G4S lacks knowledge

ANSWER AND JURY DEMAND OF DEFENDANT G4S SOLUTIONS (USA) INC.
IN RESPONSE TO PLAINTIFFS' COMPLAINT

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

71. G4S denies the allegations directed against it in Paragraph 71. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

72. G4S denies the allegations directed against it in Paragraph 72. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

73. G4S denies the allegations directed against it in Paragraph 73. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

74. G4S denies the allegations directed against it in Paragraph 74. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

75. G4S denies the allegations directed against it in Paragraph 75. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

76. G4S denies the allegations directed against it in Paragraph 76. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

### RESPONSE TO FLORICEL LIBORIO RAMOS

77. G4S denies the allegations in Paragraph 77 of Plaintiffs' Complaint.

78. G4S denies the allegations in Paragraph 78 of Plaintiffs' Complaint.

79. G4S denies the allegations in Paragraph 79 of Plaintiffs' Complaint.

80. G4S denies the allegations in Paragraph 80 of Plaintiffs' Complaint.

### RESPONSE TO MARIA DE JESÚS MEDINA RAMIREZ

81. G4S denies the allegations in Paragraph 81 of Plaintiffs' Complaint.

82. G4S denies the allegations in Paragraph 82 of Plaintiffs' Complaint.

83. G4S denies the allegations in Paragraph 83 of Plaintiffs' Complaint.

### RESPONSE TO MARIA VALDOVINOS DIAZ

84. G4S denies the allegations in Paragraph 84 of Plaintiffs' Complaint.

85. G4S denies the allegations in Paragraph 85 of Plaintiffs' Complaint.

86. G4S denies the allegations in Paragraph 86 of Plaintiffs' Complaint.

### RESPONSE TO YOLANDA VALLEJO MEDRANO

87. G4S denies the allegations in Paragraph 87 of Plaintiffs' Complaint.

88. G4S denies the allegations in Paragraph 88 of Plaintiffs' Complaint.

89. G4S denies the allegations in Paragraph 89 of Plaintiffs' Complaint.

90. G4S denies the allegations in Paragraph 90 of Plaintiffs' Complaint.

### RESPONSE TO CONTRACT BETWEEN ICE AND G4S

91. Paragraph 91 states a legal conclusion to which no response is required. To the extent a response is required, G4S denies the allegations in Paragraph 91.

92. Paragraph 92 states a legal conclusion to which no response is required. To the extent a response is required, G4S denies the allegations in Paragraph 92.

93. Paragraph 93 states a legal conclusion to which no response is required. To the extent a response is required, G4S denies the allegations in Paragraph 93.

94. Paragraph 94 states a legal conclusion to which no response is required. To the extent a response is required, G4S denies the allegations in Paragraph 94.

### RESPONSE TO RESPONDEAT SUPERIOR

95. Paragraph 95 states a legal conclusion to which no response is required. To the extent a response is required, G4S denies the allegations in Paragraph 95.

### RESPONSE TO NEED FOR RELIEF

96. G4S denies the allegations directed against it in Paragraph 96. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

ANSWER AND JURY DEMAND OF DEFENDANT G4S SOLUTIONS (USA) INC.
IN RESPONSE TO PLAINTIFFS' COMPLAINT

## RESPONSE TO COUNT I

### (PLAINTIFF YOLANDA VALLEJO MEDRANO - ASSAULT)

97. G4S incorporates its responses to Paragraphs 1-96 of the Complaint as if set forth fully herein.

98. G4S denies the allegations in Paragraph 98 of Plaintiffs' Complaint.

99. G4S denies the allegations in Paragraph 99 of Plaintiffs' Complaint.

100. G4S denies the allegations in Paragraph 100 of Plaintiffs' Complaint.

101. G4S denies the allegations in Paragraph 101 of Plaintiffs' Complaint.

102. G4S denies the allegations in Paragraph 102 of Plaintiffs' Complaint.

103. Because Paragraph 103 contains no factual allegations, no response is required. To the extent a response is required, G4S denies that Plaintiffs are entitled to any relief from G4S.

104. G4S denies the allegations directed against it in Paragraph 104. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

## RESPONSE TO COUNT II

### (PLAINTIFF YOLANDA VALLEJO MEDRANO - BATTERY)

105. G4S incorporates its responses to Paragraphs 1-104 of the Complaint as if set forth fully herein.

106. G4S denies the allegations in Paragraph 106 of Plaintiffs' Complaint.

107. G4S denies the allegations in Paragraph 107 of Plaintiffs' Complaint.

108. G4S denies the allegations in Paragraph 108 of Plaintiffs' Complaint.

109. G4S denies the allegations in Paragraph 109 of Plaintiffs' Complaint.

110. G4S denies the allegations in Paragraph 110 of Plaintiffs' Complaint.

111. Because Paragraph 111 contains no factual allegations, no response is required. To the extent a response is required, G4S denies that Plaintiffs are entitled to any relief from G4S.

112. G4S denies the allegations directed against it in Paragraph 112. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by

ANSWER AND JURY DEMAND OF DEFENDANT G4S SOLUTIONS (USA) INC.
IN RESPONSE TO PLAINTIFFS' COMPLAINT

G4S and therefore denies them.

## RESPONSE TO COUNT III

## (ALL PLAINTIFFS - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS)

113. G4S incorporates its responses to Paragraphs 1-112 of the Complaint as if set forth fully herein.

114. Paragraph 114 states a legal conclusion to which no response is required. To the extent a response is required, G4S denies the allegations in Paragraph 114.

115. G4S admits that it transported detainees from WCDF to Mesa Verde for ICE. G4S denies the allegations directed against it in Paragraph 115. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

116. The allegations of Paragraph 116, including subparts i-xiii of the Complaint are so lacking in context as to be unintelligible. To the extent a response is required, G4S denies the allegations in Paragraph 116, subparts i-xiii.

117. G4S denies the allegations set forth in Paragraph 117 of the Complaint, and denies each subpart of Paragraph 117, i-v.

118. G4S denies the allegations directed against it in Paragraph 118. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

119. Paragraph 119 states a legal conclusion to which no response is required. To the extent a response is required, G4S denies the allegations in Paragraph 119.

120. G4S denies the allegations set forth in Paragraph 120 of the Complaint, and denies each subpart of Paragraph 120, i-ix.

121. G4S denies the allegations in Paragraph 121 of Plaintiffs' Complaint.

122. G4S denies the allegations in Paragraph 122 of Plaintiffs' Complaint.

123. G4S denies the allegations directed against it in Paragraph 123. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by

ANSWER AND JURY DEMAND OF DEFENDANT G4S SOLUTIONS (USA) INC.
IN RESPONSE TO PLAINTIFFS' COMPLAINT

G4S and therefore denies them.

124. Because Paragraph 124 contains no factual allegations, no response is required. To the extent a response is required, G4S denies that Plaintiffs are entitled to any relief from G4S.

125. G4S denies the allegations directed against it in Paragraph 125. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

## RESPONSE TO COUNT IV
## (ALL PLAINTIFFS - NEGLIGENCE)

126. G4S incorporates its responses to Paragraphs 1-125 of the Complaint as if set forth fully herein.

127. Paragraph 127 states a legal conclusion to which no response is required. To the extent a response is required, G4S denies the allegations in Paragraph 127.

128. Paragraph 128 states a legal conclusion to which no response is required. To the extent a response is required, G4S expected employees to comply with applicable law at all times in supporting detainees in the custody of ICE. G4S denies the remaining allegations in Paragraph 128, including 128, at subparts i-vii.

129. Paragraph 129 states a legal conclusion to which no response is required. To the extent a response is required, G4S expected employees to comply with applicable law at all times in supporting detainees in the custody of ICE. G4S denies the remaining allegations in Paragraph 129.

130. Paragraph 130 states a legal conclusion to which no response is required. To the extent a response is required, G4S expected employees to comply with applicable law at all times in supporting detainees in the custody of ICE. G4S denies the remaining allegations in Paragraph 130.

131. Paragraph 131 states a legal conclusion to which no response is required. To the extent a response is required, G4S expected employees to comply with applicable law at all times in supporting detainees in the custody of ICE. G4S denies the remaining allegations in Paragraph 131.

132. Paragraph 132 states a legal conclusion to which no response is required. To the extent a response is required, G4S expected employees to comply with applicable law at all times in

supporting detainees in the custody of ICE. G4S denies the remaining allegations in Paragraph 132.

133. G4S denies the allegations set forth in Paragraph 133 of the Complaint, and denies each subpart of Paragraph 133, at subparts i-xi.

134. G4S denies the allegations set forth in Paragraph 134 of the Complaint, and denies each subpart of Paragraph 134, at subparts i-xvi.

135. G4S denies the allegations set forth in Paragraph 135 of the Complaint, and denies each subpart of Paragraph 135, at subparts i-ii.

136. G4S denies the allegations set forth in Paragraph 136 of the Complaint, and denies each subpart of Paragraph 136, at subparts i-iii.

137. G4S denies the allegations set forth in Paragraph 137 of the Complaint.

138. Paragraph 138 states Plaintiffs' claim for damages. Because Paragraph 138 contain no factual allegations, no response is required. To the extent a response is required, G4S denies that Plaintiffs are entitled to any relief from G4S.

139. G4S denies the allegations directed against it in Paragraph 139. G4S lacks knowledge or information sufficient to form a belief as to the truth of any allegations not addressing conduct by G4S and therefore denies them.

## RESPONSE TO COUNT V

## (NEGLIGENCE - NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS)

140. G4S incorporates its responses to Paragraphs 1-139 of the Complaint as if set forth fully herein.

141. G4S admits Plaintiffs are all women who, while in ICE custody, were transported by G4S on July 17 and July 18, 2017. G4S denies the balance of the allegations in Paragraph 141.
the allegations in Paragraph 141 of Plaintiffs' Complaint.

142. G4S denies the allegations in Paragraph 142 of Plaintiffs' Complaint.

143. G4S denies the allegations in Paragraph143 of Plaintiffs' Complaint.

144. G4S denies the allegations in Paragraph 144 of Plaintiffs' Complaint.

145. G4S denies the allegations in Paragraph 145 of Plaintiffs' Complaint.

146. G4S denies the allegations in Paragraph 146 of Plaintiffs' Complaint.

147. G4S denies the allegations in Paragraph 147 of Plaintiffs' Complaint.

148. G4S denies the allegations in Paragraph 148 of Plaintiffs' Complaint.

## RESPONSE TO "PRAYER FOR RELIEF"

Because this contains no factual allegations, no response is required. To the extent a response is required, G4S denies that Plaintiffs are entitled to any relief from G4S.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State A Cause of Action)

Each purported cause of action of Plaintiffs' Complaint fails to allege facts sufficient to constitute a cause of action against G4S.

### SECOND AFFIRMATIVE DEFENSE

### (Immunity)

G4S has immunity from this lawsuit.

### THIRD AFFIRMATIVE DEFENSE

### (Statute of Limitations)

Plaintiffs seek relief barred by the applicable statute of limitations.

### FOURTH AFFIRMATIVE DEFENSE

### (Privilege)

The Complaint, and each purported cause of action therein, is barred because G4S's acts were justified and privileged under the law.

### FIFTH AFFIRMATIVE DEFENSE

### (Failure to Join Parties)

Plaintiffs have failed to join parties that should be joined under Federal Rule of Civil Procedure 19.

### SIXTH AFFIRMATIVE DEFENSE

### (Acts of Third Parties)

Plaintiffs' alleged injuries and damages, if any, were caused by the acts of a third party who has not been named a party to this action and over whom G4S had no control.

## SEVENTH AFFIRMATIVE DEFENSE

(Lack of Standing)

Plaintiffs lack standing to brings the claims asserted in the Complaint.

## EIGHTH AFFIRMATIVE DEFENSE

(Unjust Enrichment)

Plaintiffs would be unjustly enriched if they recovered from G4S any of the damages alleged in the Complaint.

## NINTH AFFIRMATIVE DEFENSE

(Justiciability)

Plaintiffs' claims are not justiciable.

## TENTH AFFIRMATIVE DEFENSE

(Unclean Hands)

Plaintiffs have unclean hands.

## *ELEVENTH AFFIRMATIVE DEFENSE*

(Laches)

Plaintiffs have unreasonably delayed their request for relief, to G4S's prejudice, such that their claims are barred by the defense of laches.

## TWELFTH AFFIRMATIVE DEFENSE

(Acting in Good Faith, No Violation of the Law)

The claims of Plaintiffs are barred by the fact that G4S acted reasonably and in good faith at all times material herein, based on the relevant facts and circumstances known by G4S at the time G4S so acted. G4S engaged in no conduct whatsoever which would constitute a violation of any laws or regulations or a violation of any right or any duty owed to Plaintiffs.

## THIRTEENTH AFFIRMATIVE DEFENSE

(Reasonable or Exigent Circumstances)

That at all times pertinent herein G4S employees and or it's agents performed their duties in a reasonable manner consistent with the exigent circumstances that emerged or existed at the time.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Additional Defenses Reserved)

G4S reserves the right to amend its Answer to Plaintiffs' Complaint to assert additional defenses, withdraw defenses, and/or add counterclaims as may become necessary after reasonable opportunity, or discovery has occurred, up through and including trial in this matter.

## PRAYER

WHEREFORE, G4S respectfully requests:

1. That Plaintiffs take nothing by the Complaint;
2. A dismissal of the Complaint with prejudice and an award of G4S's reasonable attorneys' fees to the extent permitted by law;
3. Judgment in favor of G4S and against Plaintiffs;
4. Costs of suit herein; and

Such other and further relief, legal and equitable, that the Court may deem proper.

## JURY DEMAND

G4S demands a trial by jury on all issues so triable.

Dated: June 12, 2019        GORDON REES SCULLY MANSUKHANI, LLP

By:
/s/
_____
Calvin E. Davis
A. Louis Dorny
Attorneys for Defendant
G4S SECURE SOLUTIONS (USA), INC.

ANSWER AND JURY DEMAND OF DEFENDANT G4S SOLUTIONS (USA) INC.
IN RESPONSE TO PLAINTIFFS' COMPLAINT

# PROOF OF SERVICE

*Ramos v. G4s Secure Solution (USA), Inc., et al.,*
Case No. 3:19-cv-2757

## ROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 633 West Fifth Street, 52nd Floor, Los Angeles, California 90071.

On June 12, 2019, I served the following document described as * on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

**ANSWER AND JURY DEMAND OF DEFENDANT G4S SOLUTIONS (USA), INC. IN RESPONSE TO PLAINTIFFS' COMPLAINT**

[ ]  (BY MAIL) I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  (BY FACSIMILE) The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2008(e)(4), a copy of said transmission report is attached hereto.

[ ]  (BY OVERNIGHT DELIVERY/COURIER) I deposited such envelope in a box or facility regularly maintained by the express service carrier in an envelope or package designated by the express service carrier with delivery fees provided for.

[ X ]  **(BY ELECTRONIC MAIL)** I caused the above-entitled document to be served through the United States District Court addressed to all parties appearing on the Court's electronic mail service list for the above-entitled case.

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed on June 12, 2019, at Los Angeles, California.

_____
Irene Rodriguez

# SERICE LIST

*Thomas Brad Benson, et al., v Millie and Severson, Inc., et al.,*
Case No. BC638719

| | |
|---|---|
| Neel Chatterjee<br>Andrew Ong<br>**GOODWIN PROCTER LLP**<br>601 Marshall Street<br>Redwood City, CA 94063 | T: 650 752-3100<br>F: 650 853-1038<br>nchatterjee@goodwindlaw.com<br>aong@goodwinlaw.com |
| Hayes P. Hyde<br>**GOODWIN PROCTER LLP**<br>Three Embarcadero Center<br>San Francisco, CA 94111 | T: 415 733-6000<br>F: 415-677-9041<br>hhyde@goodwinlaw.com |
| Vasudha Talla<br>Jamie L. Crook<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**<br>39 Drumm Street<br>San Francisco, CA 94111 | T: 415 621-2493<br>F: 415 255-8437<br>vtalla@aclunc.org<br>jcook@aclunc.org |
| Andrea Scripa<br>**GOODWIN PROCTER LLP**<br>The New York Times Building<br>620 Eight Avenue<br>New York, NY 10018 | T: 212 459-7073<br>F: 617 321-4418<br>ascripa@goodwinlaw.com |